SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar No. 14723
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 784-5438
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRANDY MARTINEZ,

        Defendant.

Case No. 3:25-cr-00009-MMD-CLB

**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING**

**(First Request)**

    IT IS HEREBY STIPULATED AND AGREED, by and through SIGAL CHATTAH, Acting United States Attorney for the District of Nevada, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel or the United States of America, and RICHARD DAVIES, counsel for BRANDY MARTINEZ, that the Sentencing Hearing in this case currently scheduled for October 1, 2025, at 10:00 a.m., be vacated and continued to December 17, 2025 at 10:00 a.m.

    This Stipulation to continue is entered into for the following reasons:

    1.    The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.      Counsel requests this additional time to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3.      Defendant BRANDY MARTINEZ is currently detained and consents to the continuance.

This is the first stipulation to continue filed herein.

DATED this 26th day of September 2025.


SIGAL CHATTAH
United States Attorney


By: /s/ Andolyn Johnson                          By: /s/ Richard P. Davies
ANDOLYN JOHNSON                              RICHARD P. DAVIES, ESQ.
Assistant United States Attorney               Counsel for Defendant Brandy Martinez


**ORDER**

Based on the Stipulation of counsel, and good cause appearing, IT IS THEREFORE ORDERED that the Sentencing Hearing in this case currently scheduled for Wednesday, October 1, 2025, at 10:00 a.m., be vacated and continued to December 17, 2025, at 10:00 a.m.

DATED this 26th day of September 2025.


MIRANDA M. DU
UNITED STATES DISTRICT JUDGE