# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600 Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

8/10/26

Clerk, U.S. District Court
District of Nevada
400 South Virginia Street, Room 301
Reno, NV 89501-2193

**Transfer of Jurisdiction**

Our Case #: 3:26-cr-10071-RSH-1

Re: Brandy Martinez

Dear Clerk of Court:

Enclosed please find a signed copy of the Probation Form 22 transferring jurisdiction of supervised release to this District, the Southern District of California. We are requesting the following documents be forwarded to this District for our records (via email - InterdistrictTransfer_CASD@casd.uscourts.gov):

-No additional documents are being requested at this time.

Sincerely yours,

JOHN MORRILL
Clerk of Court
By: s/M. Quinata
M. Quinata, Deputy Clerk

| PROB 22 (Rev. 01/24) | | | DOCKET NUMBER *(Tran. Court)* 3:25CR00009 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* 26-cr-10071-RSH |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Brandy Martinez | DISTRICT<br>Nevada | | DIVISION<br>U.S. Probation Office |
| | NAME OF SENTENCING JUDGE<br>Miranda M. Du | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>3/11/2026 | TO<br>3/10/2029 |

OFFENSE
Conspiracy to Possess with Intent to Distribute a Controlled Substance

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Martinez has familial support in the Southern District of California, including her mother and siblings. Martinez has no connections or support in the District of Nevada. Her family is willing to support her after release until she can establish employment and maintain her residence.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 25, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 4, 2026
*Effective Date*

Cynthia Bashant
*United States District Judge*